IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY RYAN LISENBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:12-CV-375-TMH ) |
| SGT. BILL BLUE, SHERIFF DENNIS MEEKS, CAPT. PRESTON HUGHES, NURSE ANNETTE CAIN, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

On June 2, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 35.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that:

1. The motion for summary judgment filed by Defendants (Docs. # 25, 26) is GRANTED;

2. This case is DISMISSED with prejudice; and

3. The costs of this proceeding are TAXED against Plaintiff for which execution may issue.

DONE this 28th day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE